NUMBER 13-04-156-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
TEXAS DEPARTMENT OF PUBLIC SAFETY,                         Appellant,

v.

SYLVIA MELISSA RODRIGUEZ MORENO,                             Appellee.
____________________________________________________________________

On appeal from the 92nd District Court of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellant, TEXAS DEPARTMENT OF PUBLIC SAFETY, perfected an appeal from
a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause
number C-955-03-A. After the record was filed, appellant filed a motion to dismiss
the appeal. In the motion, appellant states that it no longer wishes to prosecute this
appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 24th day of June, 2004.